STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, APPELLEE, V. FIRST STATE BANK OF ALLIANCE: NEW JERSEY FIDELITY & PLATE GLASS INSURANCE COMPANY, INTERVENER, APPELLANT.

STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, APPELLEE, V. FIRST STATE BANK OF ALLIANCE: AMERICAN EMPLOYERS' INSURANCE COMPANY, INTERVENER, APPELLANT.

FILED FEBRUARY 10, 1932. NOS. 28140, 28141.

*Crofoot, Fraser, Connolly & Stryker,* for appellants.

*F. C. Radke, Barlow Nye, M. Craft Radke* and *C. M. Skiles, contra.*

*Howell, Tunnison & Joyner, amici curiæ.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

GOOD, J.

The above entitled causes involve precisely the same legal questions that are discussed and decided in *State v. First State Bank of Alliance, ante,* p. 502, and, together with that case, were briefed and argued in this court.

For the reasons given in the latter case, the judgment of the district court in each of the above entitled causes is

- AFFIRMED.